IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JAMES R. BLAND, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 4:20-cv-00134-AWA-LRL |
| | ) |
| JAMES CITY COUNTY ASSOCIATES, INC. | ) |
| d/b/a WILLIAMSBURG HONDA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL**

Plaintiff James R. Bland, Jr. and Defendant James City County Associates, Inc. d/b/a Williamsburg Honda, by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in the above-captioned matter. The parties, having resolved the issues in this matter, hereby stipulate that the above-styled action, including any and all claims raised in such action, has been resolved and the parties jointly request that it be dismissed with prejudice, with each party to bear her/its own costs, including attorneys' fees.

Dated: March 24, 2021                Respectfully submitted,

*/s/ Mary Grace Miller*
Charles G. Meyer, III (VSB No. 34146)
Mary Grace Miller (VSB No. 86368)
O'HAGAN MEYER PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7125
Facsimile: (804) 237-0250
CMeyer@ohaganmeyer.com
MGMiller@ohaganmeyer.com

Aretina K. Samuel-Priestley (VSB No. 87975)

O'HAGAN MEYER PLLC
1355 Greenwood Cliff Road, Suite 100
Charlotte, North Carolina 28204
Telephone: (704) 582-7900
Facsimile: (804) 237-0250
TSamuel-Priestley@ohaganmeyer.com

*Counsel for Defendant James City County Associates, Inc. d/b/a Williamsburg Honda*

/s/Steven B. Wiley

Steven B. Wiley (VSB No. 47531)
WILEY LAW OFFICES, PLLC
440 Monticello Avenue, Suite 1817
Norfolk, Virginia 23510
(757) 955-8455
(757) 319-4089 facsimile
swiley@wileylawoffices.com

*Counsel for Plaintiff James R. Bland, Jr.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record.

/s/ *Mary Grace Miller*
Mary Grace Miller (VSB No. 86368)
O'HAGAN MEYER PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7100
Facsimile: (804) 237-0250
MGMiller@ohaganmeyer.com

*Counsel for Defendant James City County Associates, Inc. d/b/a Williamsburg Honda*